**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

BLAINE M. CARVER,                    : No. 26 MAP 2014
                                     :
            Appellant          :
                                     :
                                     :
                                     :
           v.              :
                                     :
                                     :
                                     :
COMM OF PA. ET AL., P.B.P.P.; DOC    :
SECRETARY, JOHN WETZEL; S.C.I. @     :
HOU. WARDEN STEVEN R. GLUNT;         :
P.B.P.P. SUPER. MS. BROWN P.B.P.P.   :
AGENTS RYAN, MALLON &                :
FEATHERS.; RECORDS SUPER. TANYA      :
HAYLES; UNIT MGR. MICHELLE IVICIC;   :
COUNSELOR RICHARD WALKER             :
C.C.P.M. JOHN SAWTELLE; F.G.C.       :
DORETTA CHENCHARICK,                 :
                                     :
            Appellees          :

## ORDER

**PER CURIAM**                          **DECIDED: October 30, 2014**

    **AND NOW**, this 30th day of October, 2014, the Order of the Commonwealth Court is AFFIRMED.